UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONSTON MARLAND,

    Petitioner,

v.                                            Case Number: 07-11628
                                                Honorable Patrick J. Duggan

THOMAS K. BELL,

    Respondent.
_____/

## JUDGMENT

Petitioner Jonston Marland ("Petitioner") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to a writ of habeas corpus.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED,** that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE:October 27, 2009                     s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies To:
Jonston Marland, #140714
Carson City Correctional Facility
P.O. Box 5000
Carson City, MI 48811

Debra Gagliardi, A.A.G.